

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

July 11, 2025

**VIA ECF**
Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:* **_Levy v. Endeavor Air, Inc._, No. 21 Civ. 04387 (ENV)(JRC)**

Dear Judge Cho,

    We write the Court jointly with Defendant to request a discovery extension in this matter. The current deadline to complete fact discovery is July 17, 2025. The Parties request a 90-day extension for the completion of fact discovery to October 15, 2025. At this time, the Parties are in the final stages of settlement discussions.

    We thank the Court for its time and consideration.

                             Sincerely,

                             */s/ Brian S. Schaffer*
                             Brian S. Schaffer