UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRITTNEY LEVY, MAURICE ROMALHO, and EMAD HAMID, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br><br>　-against-<br><br>ENDEAVOR AIR, INC.,<br>　　　　　Defendant. | Case No. 1:21-cv-04387 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Brittney Levy, Maurice Romalho and Emad Hamid ("Plaintiffs") and Defendant Endeavor Air, Inc., by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), jointly stipulate to the dismissal with prejudice of all claims in the instant action, with each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED

| FITAPELLI & SCHAFFER, LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *Brian Schaffer*<br>Brian S. Schaffer<br>Dana M. Cimera<br>28 Liberty Street, 30th Fl.<br>New York, New York 10005<br>Telephone: (212) 300-0375<br><br>*Attorneys for Plaintiffs* | By: *Ira Rosenstein /eca*<br>Ira G. Rosenstein<br>101 Park Avenue<br>New York, NY 10178-0600<br>Phone: (212) 309-6000<br><br>*Attorneys for Defendant* |

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 11/10/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.